# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE CLATION,<br><br>             Plaintiff,<br><br>       v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:05-CV-01148-OWW-SMS-P<br><br>ORDER STRIKING PLAINTIFF'S COMPLAINT FOR LACK OF SIGNATURE AND REQUIRING PLAINTIFF TO FILE A SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Tyrone Clation ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 12, 2005. However, plaintiff failed to sign his complaint. All filings submitted to the court must bear an original signature. Local Rule 7-131; Fed. R. Civ. P. 11(a).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's complaint is STRICKEN from the record for lack of signature;

2. The Clerk's Office shall send plaintiff a complaint form;

3. Within **thirty (30) days** from the date of service of this order, plaintiff shall file a complaint bearing his original signature; and

///
///
///
///

1

4. If plaintiff fails to file a complaint in compliance with this order, the court will recommend that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

**Dated:     October 11, 2005                        /s/ Sandra M. Snyder            **
icido3                                        UNITED STATES MAGISTRATE JUDGE