UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE L. CLATION, | ) | 1:05-CV-01148 OWW SMS P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | SIXTY-DAY EXTENSION OF |
| v. | ) | TIME |
| | ) | |
| DEPARTMENT OF CORRECTIONS, et al., | ) | (DOCUMENT #16) |
| | ) | |
| Defendants. | ) | |

On June 2, 2006, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **sixty (60) days** from the date of service of this order within in which to file an amended complaint in compliance with the court's order of May 23, 2006.


IT IS SO ORDERED.

**Dated:   June 23, 2006**          /s/ Sandra M. Snyder
i0d3h8                              UNITED STATES MAGISTRATE JUDGE