1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  TYRONE CLATION,                      1:05-cv-01148-OWW-SMS-P

12            Plaintiff,           **ORDER ADOPTING FINDINGS AND**
                                   **RECOMMENDATIONS** (Doc. 15)
13  vs.
                                   **ORDER DENYING MOTION FOR**
14  DEPARTMENT OF CORRECTION,      **PRELIMINARY INJUNCTIVE RELIEF**
    et a.,                         (Doc. 12)
15
              Defendants.
16  _____/

17

18        Plaintiff Tyrone Clation ("plaintiff"), a state prisoner

19  proceeding pro se and in forma pauperis, has filed this civil

20  rights action seeking relief under 42 U.S.C. § 1983.  The matter

21  was referred to a United States Magistrate Judge pursuant to 28

22  U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

23        On May 23, 2006, the Magistrate Judge filed a Findings and

24  Recommendations herein which was served on plaintiff and which

25  contained notice to plaintiff that an objections to the Findings

26  and Recommendations was to be filed within thirty days.  To date,

27  plaintiff has not filed objections to the Magistrate Judge's

28  Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 23, 2006, is ADOPTED IN FULL; and,

2. Plaintiff's motion for preliminary injunctive relief, filed January 11, 2006, is DENIED, without prejudice.


IT IS SO ORDERED.

**Dated:    July 29, 2006**          _____/s/ Oliver W. Wanger_____
emm0d6                              UNITED STATES DISTRICT JUDGE